**Andre MAZYCK, Plaintiff–Appellant,**

**v.**

**Warden Kathleen GREEN; Joe Cummons, Defendants– Appellees.**

No. 11–7723.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 25, 2012.

Andre Mazyck, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

§ 636(c) (2006).

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Mazyck appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mazyck v. Green*, No. 1:11–cv–00557–BEL, 2011 WL 6152874 (D.Md. Dec. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*